**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-00103-7 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CORNELIO M. ESPINOZA, | |
| Defendant. | |

Defendant has filed a motion to vacate pursuant to 28 U.S.C. § 2255. He argues that he was denied his direct appeal right. Good cause appearing therefor, the Government is hereby ORDERED to file an opposition to Defendant's motion within 60 days of this Order. Defendant may file a response within 30 days thereafter, if he wishes to do so.

**IT IS SO ORDERED.**

Dated: June 21, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\0103\osc.wpd